JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIA SCOTT,<br><br>     Plaintiff,<br><br>  vs.<br><br>PROGRESSIVE MANAGEMENT SYSTEMS and DOES 1 through 10, inclusive,<br><br>     Defendant. | Case No.  CV11-06678 PA PLA<br><br>ORDER GRANTING JOINT STIPULATION AND MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE |

Based on the Joint Stipulation and Motion to Dismiss Entire Action with Prejudice filed in this action, the above-captioned action is hereby dismissed in its entirety with prejudice.  The parties will bear their own attorneys fees and costs.

**IT IS SO ORDERED.**

Dated: November 16, 2011

_____
HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE