JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIA SCOTT, | ) Case No.  CV11-06678 PA PLA |
| | ) |
| Plaintiff, | ) |
| | ) ORDER GRANTING |
| vs. | ) JOINT STIPULATION AND MOTION |
| | ) TO DISMISS ENTIRE ACTION WITH |
| PROGRESSIVE MANAGEMENT SYSTEMS and DOES 1 through 10, inclusive, | ) PREJUDICE |
| | ) |
| | ) |
| Defendant. | ) |

Based on the Joint Stipulation and Motion to Dismiss Entire Action with Prejudice filed in this action, the above-captioned action is hereby dismissed in its entirety with prejudice.  The parties will bear their own attorneys fees and costs.

**IT IS SO ORDERED.**

Dated: November 16, 2011

_____
HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE